UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA TOSTADO,<br><br>                    Plaintiff,<br><br>          v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>                    Defendants. | Case No.  26-cv-04880-SVK<br><br>**ORDER OF RECUSAL** |

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: May 26, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge